**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

**CIVIL ACTION NO. 10-149 (WOB-CJS)**

JB JORDAN                                                        PETITIONER

VS.                                    <u>JUDGMENT</u>

SGT. DANIEL AKERS                                                RESPONDENT

This matter is before the court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #23), and there being no objections filed thereto, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court; that the motion of defendant to dismiss be, and it is, hereby **granted**; that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, be, and it is, hereby **denied**; that no Certificate of Appealability shall issue herein; and that this matter be, and it is, hereby **dismissed** and **stricken** from the docket of this court.

This 13th day of January, 2011.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge